**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6521**

---

SAMUEL R. ANSTEY,

                                        Petitioner - Appellant,

        versus

HOWARD PAINTER, Mount Olive Correctional Com-
plex, Warden,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  David A. Faber, District
Judge.  (CA-99-120-5)

---

Submitted:  September 20, 2001      Decided:  October 9, 2001

---

Before MICHAEL, MOTZ, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Samuel R. Anstey, Appellant Pro Se.  Leah Perry Macia, BAILEY &
GLASSER, L.L.P., Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel R. Anstey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Anstey's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Anstey v. Painter, No. CA-99-120-5 (S.D.W. Va. Mar. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED